UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06mc13

In re: List of weapons attached

**ORDER**

FILED
IN COURT
ASHEVILLE, N. C.

FEB 22 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

THIS MATTER is before the court on the government's motion for an order to destroy certain weapons seized by the United States Forest Service. In such motion the government requests a written order that the listed weapons be destroyed. Officer Wade Keener of the United States Forest Service has executed an affidavit attached to said motion which details the individuals from whom weapons were seized pursuant to criminal investigations.

ORDER

IT IS, THEREFORE, ORDERED that the government's Motion for Destruction of Weapons is GRANTED.

Dennis L. Howell
United States Magistrate Judge

# Weapons in Possession of Officer Wade Keener United States Forest Service

1. Mitchell Wayne Warlick, citation #F2881503 issued on 2/12/2005
Smith & Wesson 22 caliber handgun serial #ADW4752 ordered destroyed.
Jennings Firearms 22 caliber handgun serial #199046 ordered destroyed.

2. Gary Dean Messer, citation #F2583738 issued on 8/1/2004.
Davis Industries 38 special handgun Model #D38, serial #D040830, ordered destroyed.

3. Douglas Edward McClellan, citation #F3023764 issued on 3/26/2005.
Sigsauer P230 SL handgun, serial #S069705, ordered destroyed.

4. Brandy Lashay Crump, citation #F3024361 issued on 7/1/2005.
Jennings 380 caliber handgun, serial #596690, ordered destroyed.

5. Scott Douglas Powell, citation #F2814676 issued on 9/13/2003.
Ruger 9mm handgun, serial #31425829.

6. Ronnie Gray Collins, citation #F2881506 issued on 2/16/2005.
Titan 25 caliber handgun, serial #D825041 ordered destroyed.

7. Joe Daniel Oneal, citation #F2881509 issued on 2/16/2005.
Ruger 45 caliber handgun, serial #663-35609 ordered destroyed.

8. Norman Eugene Setzer, citation #F2814330 issued on 4/10/2004.
Davis Industries 32 caliber handgun, serial #472530 ordered destroyed.

9. Leo W. Mason, citation #2813510 issued on 10/18/2003.
Davis Industries 380 caliber handgun serial #AP224307 ordered destroyed.

10. Earl L. Shealy, citation #F2813503 issued on 10/17/2003.
Phoenix Arms 22 caliber handgun, serial #4151169 ordered destroyed.

11. Claude Ervin Mabe, citation #F6937982 issued on 5/11/2005.
Raven Arms 25 caliber handgun, serial #809965 ordered destroyed.

12. Marvin Alanson C. Pugh, citation #F2883332 issued on 9/24/2004.
Springfield Armory 45 caliber handgun, serial #N347585 ordered destroyed.

13. Jeremy L. Eason, citation #F2814684 issued on 9/13/2003.
Sterling 22 caliber handgun, serial #E35010 ordered destroyed.

14. Justin David Young, citation #F2881665 issued on 11/14/2004.
Beretta 9mm handgun, Model 92FS, serial #BER123631 ordered destroyed.

15. Fue Lo, citation #F2739444 issued on 7/21/2001.
Taurus 38 special handgun, serial #SH58685 ordered destroyed.

16. Roy M. Ollis, citation #F2814748 issued on 9/13/2003.
North American Arms 22 magnum handgun, serial #W29808 ordered destroyed.

17. Joseph T. Mitchell III, citation #F2148885 issued on 3/22/2003.
North American Arms 22 magnum handgun, serial #W87477 ordered destroyed.

18. Jason Coffey, Citation #F2568338 issued on 4/19/2002.
Taurus 9mm handgun, serial #TUK11282 ordered destroyed.

19. Patrick Waalker, no citation number, seized on 3/25/2002.
Lorcin 380 caliber handgun, serial #303170 ordered destroyed.

20. Eric Carl Hartsell, citation#F2815444 issued on 9/27/2003

1) 12 gauge shotgun, unknown make, sn# 7247
2) Smith & Wesson 357 handgun magnum sn# cdz4787-686-5-434
3) Safari Arms 45 caliber handgun, sn# S1509

21. Timothy E. Bumgerner, citation # F3028415, issued on 8/19/2005, Judge Howell ordered destroyed on 11/30/2005.
Taurus 357 magnum handgun, SN# JA263310

22. Paul D. Tate. citation # F2999792 issued on 9/10/2005 FMJ, 410/45 handgun SN# C00022827

23. Josh E. Kneen, citation # F2999802, issued on 9/10/2005 Bauer Firearm corp, SN# 040733

24. Ricky Wallace Bradley, citation #F3028308 issued on 9/25/2005, Judge Howell ordered destroyed on 11/30/2005 Colt 38 Special, SN#847679
seized by officer Kevin Woodall

25. Joseph Griffin, citation # F2586590 issued on 7/21/2001
1) Mosberg 12 gauge shotgun, sn#J941846